CONNIE J. CAMPBELL, APPELLEE, V.
JOHN O. CAMPBELL, APPELLANT.

316 N.W.2d 765

Filed March 5, 1982. No. 81-595.

R. Steven Geshell of Robak & Geshell for appellant.

Mark M. Sipple of Luckey, Sipple & Hansen for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, MCCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter. The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.